CHARLES C. JAMES, Respondent, *v.* ALDERTON DOCK YARDS, LIMITED, Appellant.

(Submitted June 1, 1931; decided June 9, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 298.)